```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23581
   JOSEPH PAUL CAMPBELL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-4874


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/15/2007 and was not confirmed.

     The case was dismissed without confirmation 05/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------------

ROUNDUP FUNDING LLC      UNSECURED          2021.48         .00            .00
CREDIT ACCEPTANCE        SECURED                .00         .00            .00
CREDIT ACCEPTANCE        UNSECURED        NOT FILED         .00            .00
ACS COLLEGE LN CORP      NOTICE ONLY      NOT FILED         .00            .00
ACS COLLEGE LN CORP      NOTICE ONLY      NOT FILED         .00            .00
ACS COLLEGE LN CORP      NOTICE ONLY      NOT FILED         .00            .00
ADVOCATE CHRIST MEDICAL  UNSECURED        NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED          1475.71         .00            .00
ASSET ACCEPTANCE LLC     UNSECURED        NOT FILED         .00            .00
AT & T MOBILITY          UNSECURED        NOT FILED         .00            .00
CHECK RECOVERY SYSTEMS   UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON      UNSECURED           199.49         .00            .00
DR THOMAS DROST INC      UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORP    UNSECURED           698.90         .00            .00
ECMC                     UNSECURED          4280.67         .00            .00
NICOR                    UNSECURED        NOT FILED         .00            .00
OVERLAND BOND & INVESTME UNSECURED         11241.83         .00            .00
PLAINS COMMERCE BANK     UNSECURED           476.78         .00            .00
TRIBUTE/FBOFD            UNSECURED           744.66         .00            .00
VERIZON WIRELESS         UNSECURED           268.74         .00            .00
ASSET ACCEPTANCE LLC     UNSECURED           814.25         .00            .00
CALIFORNIA STUDENT AID C UNSECURED         10902.24         .00            .00
A C S                    UNSECURED         21889.12         .00            .00
ROUNDUP FUNDING LLC      UNSECURED           485.05         .00            .00
RICHARD J FORST          DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                       1,400.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,400.00

PRIORITY                                       .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23581 JOSEPH PAUL CAMPBELL
```

```
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                          1,400.00
                                        ---------------        ---------------
TOTALS                                         1,400.00               1,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 08/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 23581 JOSEPH PAUL CAMPBELL
```